IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HAWKINS, II, | : | Civil No. 3:25-cv-165 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, FCI-ALLENWOOD, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 5th day of June, 2025, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and supplement thereto (Doc. 11), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) and supplement (Doc. 11) are **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge